UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
REBECCA IRENE FISHERIES, LLC,       )
                                    )   Case No. C05-0891L
                  Plaintiffs,       )
         v.                         )
                                    )   ORDER GRANTING PLAINTIFF'S
CARLOS M. GUTIERREZ, *et al.*,      )   MOTION TO SUPPLEMENT THE
                                    )   ADMINISTRATIVE RECORD
                  Defendants.       )
_____ )

       This matter comes before the Court on plaintiff's "Motion to Supplement Record on Review and/or to Remand to Agency for Additional Evidentiary Proceeding." Dkt. # 13. Plaintiff argues that the penalties imposed by the Secretary of Commerce were based on perjured testimony and seeks to supplement the administrative record with evidence of the alleged perjury.

       The general rule is that judicial review of an agency decision is limited to the record that was before the agency at the time it made its decision. See, e.g., Higbee v. Sullivan, 975 F.2d 558, 561-62 (9th Cir. 1992). In some instances, however, a determination regarding the fairness of the administrative proceeding requires the consideration of extra-record evidence. See, e.g., Hummel v. Heckler, 736 F.2d 91 (3d Cir. 1984); Dawson v. Bowen, 136 F.R.D. 618 (S.D. Ohio 1988). Because Steve Haggard recanted his testimony after the Administrative Law Judge ("ALJ") had issued his ruling, plaintiff's allegations of perjury could not have been

ORDER GRANTING PLAINTIFF'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD

considered during the administrative process and raise the possibility that the administrative decision was based on false evidence. The Court has therefore considered the extra-record evidence submitted by plaintiff, namely the Sworn Statement of Steve Haggard (dated 8/24/05), for the purpose of evaluating the fairness of the administrative proceeding. Hummel, 736 F.2d at 94-95.[1]

For all of the foregoing reasons, plaintiff's motion to supplement the administrative record is GRANTED. The Court has considered the Sworn Statement of Steve Haggard (dated 8/24/05) in the context of the parties' cross-motions for summary judgment.

DATED this 5th day of January, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] As discussed more fully in the "Order Remanding Matter to Secretary of Commerce" (of even date), consideration of Mr. Haggard's new testimony does not affect the outcome of this case. The Court finds that the ALJ did not credit Mr. Haggard's original testimony regarding the extent of presorting, that the alleged perjury did not affect the administrative decision, and that the extra-record evidence does not show or even raise an inference that the administrative process or the ALJ's decision was unfair, arbitrary, or capricious.

ORDER GRANTING PLAINTIFF'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING PLAINTIFF'S MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD -3-