UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
REBECCA IRENE FISHERIES, LLC,      )
                                   )   Case No. C05-0891L
                    Plaintiffs,    )
         v.                        )
                                   )   ORDER DENYING DEFENDANTS'
CARLOS M. GUTIERREZ, *et al.*,     )   MOTION FOR PRELIMINARY
                                   )   INJUNCTION PENDING APPEAL
                    Defendants.    )
_____)

This matter comes before the Court on defendants' telephonic motion for a preliminary injunction pending appeal. In order to justify relief pending appeal, defendants have the burden of showing (1) that there is a strong likelihood that they will succeed on the merits of their appeal; (2) that they will suffer irreparable injury if the proceeding is not stayed; (3) that a stay would not substantially injure any other party; and (4) that a stay is in the public's interest. See Hilton v. Braunskill, 481 U.S. 770, 776 (1987). The Court finds that defendants have not established a strong likelihood that they will be able to convince the Ninth Circuit that the 60-day permit suspension during the winter rock sole roe was based on substantial evidence in the record. Defendants' telephonic motion for a preliminary injunction pending appeal is, therefore, DENIED.

ORDER DENYING DEFENDANTS' MOTION FOR
PRELIMINARY INJUNCTION PENDING APPEAL

1 DATED this 5th day of January, 2006.

2

3 *MRS Lasnik*

4 Robert S. Lasnik
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANTS' MOTION FOR
PRELIMINARY INJUNCTION PENDING APPEAL  -2-